UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BYRON KEITH CHANT,

        Plaintiff,

   v.

CLARK COUNTY JAIL,

        Defendant.

CASE NO. C12-5868 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is dismissed with prejudice for failure to state a claim and failure to comply with a Court order to file an amended complaint. The dismissal counts as a strike pursuant to 28 U.S.C. §1915 (e).

1      (3)      In forma pauperis status is revoked for purpose of appeal.

2      DATED this 12th day of February, 2013.

               _____
               RONALD B. LEIGHTON
               UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2